**Jill O. Gibson**, OSB # 973581
Email: jill@gibsonp-c.com
GIBSON P.C.
4248 Galewood Street, Ste. 25
Lake Oswego, OR 97035
Phone : 503-505-8998

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JUSTIN BURLEY-BEAVERS**, <br><br> Plaintiff, <br> v. <br><br> **THE MASTER WRENCH, INC**., <br><br> Defendant. | **No. 3:24-cv-00992** <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41** |

Pursuant to FRCP 41(a)(1)(A)(ii) and Local Rule 41, IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties. The parties stipulate that Plaintiff's claim is to be dismissed in its entirety and Defendant's counterclaim is to be dismissed in its entirety. Each party will bear their own attorney fees and

\\\\

\\\\

\\\\\

JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41

costs. The parties request the Court enter an order of dismissal in this action.

IT IS SO STIPULATED this November 26, 2024.


s/ Jessica Molligan                          s/ Jill Gibson

Jessica Molligan, OSB 001823                 Jill Gibson, OSB 973581
Attorney for Plaintiff                       Attorney for Defendant
Email: jessicalmolligan@comcast.net          Email: jill@gibsonp-c.com
PO Box 16893                                 Gibson P.C.
Portland, OR 97292                           4248 Galewood St.
                                             Lake Oswego, OR 97035

JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41